SCWC-14-0000826

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

CONTINENTAL PACIFIC, LLC by their Managing Agent,
ELITE PACIFIC PROPERTIES, LLC,
Respondent/Plaintiff-Appellee,

vs.

STELLA L. MULIVAI, DON ALBERT GRAYCOCHEA, and SUZETTE GRAYCOCHEA,
Petitioners/Defendants-Appellants.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000826; CIV. NOS. 1RC12-1-7984,
1RC12-1-7985, 1RC12-1-7986)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on

October 13, 2014, is hereby rejected.

DATED: Honolulu, Hawai'i, November 21, 2014.

Anthony P. Locricchio,     /s/ Mark E. Recktenwald
for petitioners

                         /s/ Paula A. Nakayama

                         /s/ Sabrina S. McKenna

                         /s/ Richard W. Pollack

                         /s/ Michael D. Wilson

